# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

THOMAS KRAEMER, an individual,

        Plaintiff,

    vs.

ACE INSURANCE COMPANY OF THE MIDWEST, a
foreign corporation, and BELFOR USA GROUP, INC.,
d/b/a Belfor Property Restoration, a foreign corporation,

        Defendants.

CIVIL ACTION

CASE NO. 1:13-cv-24568 (JEM)

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Thomas Kraemer, and Defendants, ACE Insurance Company of the Midwest and Belfor USA Group, Inc., d/b/a Belfor Property Restoration, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the entry of an Order of Dismissal with Prejudice of all claims with each party to bear its own costs and

CASE NO.:  13-CV-24568-JEM/CMM

attorneys' fees as reflected on the proposed Order of Dismissal with Prejudice, submitted herewith.

Respectfully submitted,

Dated:  June 20, 2014

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.

COZEN O'CONNOR

*Counsel for Plaintiff, Thomas Kraemer*
201 Alhambra Circle – Eleventh Floor
Coral Gables, FL  33134-5108
Phone:  (305) 442-3334
Fax:  (305) 443-3292
Email:  ssobel@srhl-law.com
Email:  mclark@srhl-law.com

*Counsel for Defendant, ACE*
*Insurance Company of the Midwest*
One N. Clematis Street – Suite 510
West Palm Beach, FL  33401
Phone:  (561) 515-5267
Fax:  (561) 515-5231
Email:  kmuller@cozen.com

By:   */s/ Stuart Sobel*
       Stuart Sobel, Esquire
       Florida Bar No.:  262382
       B. Michael Clark, Jr., Esquire
       Florida Bar No.:  31797

By:   */s/ Kellyn J. W. Muller*
       Kellyn J. W. Muller, Esquire
       Florida Bar No.:  0103925

CARLTON FIELDS JORDEN BURT

*Counsel for Defendant, Belfor USA Group, Inc.*
4221 W. Boy Scout Blvd. – Suite 1000
Tampa, FL  33607-5780
Phone:  (813) 229-4151
Fax:  (813) 229-4133
Email:  msmith@cfjblaw.com

By:   */s/ Mark A. Smith*
       Mark A. Smith, Esquire
       Florida Bar No.: 0022033

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document, with all attachments and exhibits, is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

June 20, 2014                                    */s/      Kellyn J. W. Muller*

Kellyn J. W. Muller
Florida Bar No.:  0103925
kmuller@cozen.com
COZEN O'CONNOR
One North Clematis Street – Suite 510
West Palm Beach, FL  33401
(561) 515-5267
Fax No. (561) 515-5231
*Counsel for ACE Insurance Company
of the Midwest*

CASE NO.:  13-CV-24568-JEM/CMM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

THOMAS KRAEMER, an individual,

        Plaintiff,

    vs.

ACE INSURANCE COMPANY OF THE MIDWEST, a
foreign corporation, and BELFOR USA GROUP, INC.,
d/b/a Belfor Property Restoration, a foreign corporation,

        Defendants.

CIVIL ACTION

CASE NO. 1:13-cv-24568 (JEM)

## SERVICE LIST

| | |
|---|---|
| SIEGFRIED, RIVERA, HYMAN, LERNER,<br>DE LA TORRE, MARS & SOBEL, P.A. | COZEN O'CONNOR |
| *Counsel for Kraemer* | *Counsel for Defendant, ACE*<br>*Insurance Company of the Midwest* |
| 201 Alhambra Circle – Eleventh Floor | One N. Clematis Street – Suite 510 |
| Coral Gables, FL  33134-5108 | West Palm Beach, FL  33401 |
| Phone:  (305) 442-3334 | Phone:  (561) 515-5267 |
| Fax:  (305) 443-3292 | Fax:  (561) 515-5231 |
| Email:  ssobel@srhl-law.com | Email:  kmuller@cozen.com |
| Email:  mclark@srhl-law.com | |
| By:  */s/ Stuart Sobel* | By:  */s/ Kellyn J. W. Muller* |
|     Stuart Sobel, Esquire |     Kellyn J. W. Muller, Esquire |
|     Florida Bar No.:  262382 |     Florida Bar No.:  0103925 |
|     B. Michael Clark, Jr., Esquire | |
|     Florida Bar No.:  31797 | |
| Served by CM/ECF Notice of<br>Electronic Filing | Served by CM/ECF Notice of<br>Electronic Filing |

1

CASE NO.:  13-CV-24568-JEM/CMM

CARLTON FIELDS JORDEN BURT

*Counsel for Defendant, Belfor USA Group, Inc.*
4221 W. Boy Scout Blvd. – Suite 1000
Tampa, FL  33607-5780
Phone:  (813) 229-4151
Fax:  (813) 229-4133
Email:  msmith@cfjblaw.com


By:  */s/ Mark A. Smith*
          Mark A. Smith, Esquire
          Florida Bar No.: 0022033


Served by CM/ECF Notice of
Electronic Filing

2

CASE NO.:  13-CV-24568-JEM/CMM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

THOMAS KRAEMER, an individual,

        Plaintiff,

    vs.

ACE INSURANCE COMPANY OF THE MIDWEST, a
foreign corporation, and BELFOR USA GROUP, INC.,
d/b/a Belfor Property Restoration, a foreign corporation,

        Defendants.

CIVIL ACTION

CASE NO. 1:13-cv-24568 (JEM)

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Joint Stipulation and proposed Order of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Based upon the Stipulation, and the Court upon being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this matter is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers in Miami, Florida, this __ day of _____, 2014.

_____
JOSE E. MARTINEZ
United States District Judge