UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-24568-CIV-MARTINEZ-MCALILEY**

THOMAS KRAEMER, an individual,

    Plaintiff,

vs.

ACE INSURANCE COMPANY OF THE
MIDWEST, a foreign corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Stipulation and Order of Dismissal With Prejudice (D.E. No. 28). After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that:

1. This matter is **DISMISSED with prejudice**.

2. This case shall remain **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of June, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record